124. *Acting Solicitor General Raum* for the United States. With *Mr. Raum* in No. 124 were *Assistant Attorney General McInerney* and *Robert S. Erdahl.* Reported below: 181 F. 2d 505.

No. 126. ORDER OF RAILROAD TELEGRAPHERS *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Lester P. Schoene* and *John F. Davis* for petitioner. *Frederick L. Wheeler* and *Gerald E. Dwyer* for respondent.

No. 127. KELLER ET AL. *v.* HALL. C. A. 5th Cir. Certiorari denied. *Leonard S. Lyon* for petitioners. *Thomas E. Scofield* and *Philip Subkow* for respondent.

No. 128. DILL MANUFACTURING Co. ET AL. *v.* J. W. SPEAKER CORP. C. A. 7th Cir. Certiorari denied. *Arthur J. Hudson* and *Watts T. Estabrook* for petitioners. *Ira Milton Jones* for respondent.

No. 129. CHARLES R. ALLEN, INC. ET AL. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *John F. Kavanagh* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Edelstein* and *John R. Benney* for the United States.

No. 130. NORTHWESTERN MUTUAL LIFE INSURANCE Co. *v.* GILBERT. C. A. 9th Cir. Certiorari denied. *Charles A. Hart* for petitioner.

No. 131. FEDERAL TRADE COMMISSION *v.* ALBERTY ET AL. United States Court of Appeals for the District of